# Exhibit A

Case 1:24-cv-01506-JHR   Document 1-1   Filed 02/28/24   Page 2 of 2

**9:07**

**SS**

Sam >

> I did the notes and going to follow up with Alexa but A sat in and jumped in at the end to ask him a q

ok cool who was this

> Erik W

> He worked for ████████ - helped on Avery and Monte's desk too

is he POC

super important

> So I couldn't tell seems like he's Hispanic

> But def would have to see if that was checked off his application

can u ask alex

a

> Yesss

iMessage

Cash