# Exhibit C

Case 1:24-cv-01506-JHR   Document 1-3   Filed 02/28/24   Page 2 of 2

9:06

SS

Sam ›

Hoping Brandon and Josiah work
out

Mon, Feb 6 at 11:36 AM

We never heard from Joseph
███████ right? Just keeping tabs
on my list!

She's not - I know that's the target just throwing
the rese in there

HA
HA

We can't hire another white
Jewish girl unfortunately

Nope

He's at Henson on friday now too
right? He said but making sure
not mistake

yes

Copyyy

Mon, Feb 6 at 2:25 PM

iMessage

Cash