**SHNAYDER LAW LLC**

89 Headquarters Plaza North
Suite 1421
Morristown, NJ 07960
T: (973) 714-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2024

March 19, 2024

**MEMO ENDORSED**

**VIA ECF and Email**
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov.

Re:   *Patria Paulino v. Sony Music Entertainment, et al.*
       Civil Action No. 24-cv-01506-VEC

Dear Judge Caproni:

We represent the Plaintiff in the above-referenced matter. In accordance with Your Honor's Individual Practice Rules, we submit this letter and attached Stipulation of Voluntary Dismissal of Kimberly Greenman. On March 6, 2024, Defendants filed a motion to dismiss the Complaint pursuant to F.R.C.P. 12(b)(1) on the basis that the diversity of citizenship is not complete because Ms. Greenman resides in New Jersey. In response, Plaintiff has agreed to voluntarily dismiss her claims against Ms. Greenman, thus resolving the question of jurisdiction raised in Defendants' motion. Plaintiff has also filed an Amended Complaint removing Ms. Greenman as a named Defendant (Dkt #14).

We thank Your Honor for your attention to this matter and remain available should the Court require any additional information.

Respectfully submitted,

**SHNAYDER LAW LLC**

*/s/ Erica L. Shnayder*
Erica L. Shnayder, Esq.

Application GRANTED. The Court will enter the parties' stipulation by separate order. Given the stipulation of dismissal, the Defendant's motion to dismiss is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the open motion at Docket Entry 7.
 SO ORDERED.

*Valerie Caproni*

3/19/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE