

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/19/2024

89 Headquarters Plaza North
Suite 1421
Morristown, NJ 07960
T: (973) 714-1515

December 19, 2024

**VIA ECF**
Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



    **Re:**    *Patria Paulino v. Sony Music Entertainment, et al.*
             Civil Action No. 24-cv-01506-VEC

Dear Judge Caproni:

    We represent the Plaintiff in the above-referenced matter. Pursuant to the Court's Order dated December 17, 2024, we write to renew Plaintiff's application for an extension of time to reopen the case. Within the last several days, the parties have finalized the terms of the Agreement, however, the parties require additional time for the Agreement's revocation period to expire and to complete the confidential terms under the Agreement. The parties believe that 30 days, rather than the originally requested 45 days, is sufficient and request an extension to January 17, 2025. Barring any unforeseen circumstances, the parties do not anticipate the need for any further extensions. This request is made with the consent of Defendants' counsel.

    We thank Your Honor for your consideration in this matter.

Respectfully submitted,

**SHNAYDER LAW LLC**

*/s/ Erica L. Shnayder*
Erica L. Shnayder, Esq.

---

Application GRANTED. The parties' deadline to apply to reopen the case upon a showing of good cause is extended from Thursday, December 19, 2024, to **Friday, January 17, 2025**. The Court will not further extend this deadline.

SO ORDERED.

12/19/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE